THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:  
Shelley C Depner

CASE NO. 13-31881-DSO

CHAPTER 7

Daniel S. Opperman

_____Debtor_____/

## TRUSTEE'S REPORT OF NO DISTRIBUTION

     I, Collene K. Corcoran, having been appointed Trustee of the estate of the above-named Debtor state that I have made diligent inquiry into the whereabouts of property belonging to the estate; and that there is no property belonging to the estate; that there is no property available for distribution from the estate over and above the exemptions claimed by the Debtor.

     The Trustee herein certifies that the 341 Meeting of Creditors in this matter was scheduled and concluded on June 17, 2013.

     On the Debtor's original schedules, she listed a $3,563.00 preferential garnishment and exempted $1,611.00 of that garnishment. The Trustee began collection efforts for the non-exempt portion, and on June18, 2013, received $596.00 from the creditor for a portion of the non-exempt preferential garnishment. However, because the debtor received less for an anticipated tax refund, she amended her schedules to exempt the entire $3,563.00 under 11 U.S.C. §522(d)(5). Therefore, on September 9, 2013, the Trustee returned $595.71 (total received of $596.00, less bank fees of $0.29) to the Debtor. There are no other assets to administer and this case should be closed.

     Pursuant to FRBP 5009, I hereby certify that the estate of the above-named Debtor has been fully administered.

     I request that this report be approved and that I be discharged from any further duties as Trustee.

     I hereby certify that on this date, the original and one (1) copy of this report was mailed to the United States Trustee for review.

DATE: October 22, 2013

/s/ Collene K. Corcoran  
Collene K. Corcoran, Trustee  
P.O. Box 535  
Oxford, MI 48371  
(248) 969-9300  
Email: trusteecorcoran@gmail.com

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 13-31881-DSO | | **Trustee Name:** | Collene K. Corcoran |
| **Case Name:** | DEPNER, SHELLEY C | | **Date Filed (f) or Converted (c):** | 05/23/2013 (f) |
| **For the Period Ending:** | 10/22/2013 | | **§341(a) Meeting Date:** | 06/17/2013 |
| | | | **Claims Bar Date:** | 09/16/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Fifth Third - debit card (no checking or savings accounts) | $7.00 | $0.00 | | $0.00 | FA |
| 2 | Security deposit held by current landlord | $800.00 | $0.00 | | $0.00 | FA |
| 3 | Miscellaneous household goods, furniture, and appliances (no single item worth more than $550.00) | $2,000.00 | $0.00 | | $0.00 | FA |
| 4 | Miscellaneous clothing | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | Miscellaneous jewelry | $300.00 | $0.00 | | $0.00 | FA |
| 6 | Term Life Insurance Policy (through employer; no cash value) | $0.00 | $0.00 | | $0.00 | FA |
| 7 | 2011 Federal Income Income Tax Refund (Debtor owes the State) | $4,983.00 | $0.00 | | $0.00 | FA |
| 8 | 2012 Federal Income Income Tax Refund (Debtor owes the State) | $5,324.00 | $0.00 | | $0.00 | FA |
| 9 | Anticipated 2013 YTD State and Federal Income Tax Refunds (Debtor does not anticipate a refund due to previosuly changing her withholdings) | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Recovery of preference garnishments taken by creditor Lorrie J. Zahodnic in the 90 days prior to filing (see SOFA #4) | $3,563.00 | $0.00 | | $596.00 | FA |
| 11 | 2006 Pontiac Montana | $6,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                         **Gross Value of Remaining Assets**

          $24,477.00      $0.00                                      $596.00      $0.00

**Major Activities affecting case closing:**
MINIMUAL FUNDS NO ASSET

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/18/2015 | /s/ COLLENE K. CORCORAN |
| **Current Projected Date Of Final Report (TFR):** | 06/18/2015 | COLLENE K. CORCORAN |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| Case No. | 13-31881-DSO | | Trustee Name: | Collene K. Corcoran |
| Case Name: | DEPNER, SHELLEY C | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5451 | | Checking Acct #: | ******0830 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/23/2013 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 10/22/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/18/2013 | (10) | LORRIE J. ZAHODNIC | PARTIAL PAYMENT OF NON-EXEMPT PORTION OF PREFERENCE PAYMENT | 1141-000 | $596.00 | | $596.00 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $0.29 | $595.71 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $585.71 |
| 09/03/2013 | 1001 | SHELLEY DEPNER | RETURN OF RECOVERY OF PREFERENCE GARNISHMENTS - PER AMENDED EXEMPTIONS - 11 USC 522(d)(5) | 8100-002 | | $585.71 | $0.00 |
| 09/04/2013 | 1001 | VOID: SHELLEY DEPNER | CHECK MISPRINTED | 8100-003 | | ($585.71) | $585.71 |
| 09/04/2013 | 1002 | SHELLEY DEPNER | RETURN OF RECOVERY OF PREFERENCE GARNISHMENTS - PER AMENDED EXEMPTIONS - 11 USC 522(d)(5) | 8100-002 | | $585.71 | $0.00 |
| 09/05/2013 | | Bank of Texas | Reverse Bank Fee | 2600-000 | | ($10.00) | $10.00 |
| 09/06/2013 | 1002 | VOID: SHELLEY DEPNER | CHECK VOID, BANK SERVICE FEE TO BE REVERSED AND THEN REISSUE CHECK WITH ADDITIONAL FUNDS TO DEBTOR | 8100-003 | | ($585.71) | $595.71 |
| 09/09/2013 | 1003 | SHELLEY DEPNER | RETURN OF RECOVERY OF PREFERNTIAL GARNISHMENTS - PER 11 USC 522(d)(5) | 8100-002 | | $595.71 | $0.00 |
| | | | **TOTALS:** | | $596.00 | $596.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $596.00 | $596.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $595.71 | |
| | | | **Net** | | $596.00 | $0.29 | |

| For the period of 5/23/2013 to 10/22/2013 | | For the entire history of the account between 06/18/2013 to 10/22/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $596.00 | Total Compensable Receipts: | $596.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $596.00 | Total Comp/Non Comp Receipts: | $596.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | ($1,171.13) | Total Compensable Disbursements: | ($1,171.13) |
| Total Non-Compensable Disbursements: | $1,767.13 | Total Non-Compensable Disbursements: | $1,767.13 |
| Total Comp/Non Comp Disbursements: | $596.00 | Total Comp/Non Comp Disbursements: | $596.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-31881-DSO | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | DEPNER, SHELLEY C | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5451 | | Checking Acct #: | ******0830 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/23/2013 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 10/22/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $596.00 | $596.00 | $0.00 |

**For the period of 5/23/2013 to 10/22/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $596.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $596.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | ($1,171.13) |
| Total Non-Compensable Disbursements: | $1,767.13 |
| Total Comp/Non Comp Disbursements: | $596.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/23/2013 to 10/22/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $596.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $596.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | ($1,171.13) |
| Total Non-Compensable Disbursements: | $1,767.13 |
| Total Comp/Non Comp Disbursements: | $596.00 |
| Total Internal/Transfer Disbursements: | $0.00 |